**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA S. MANJARRES,<br><br>           Plaintiff,<br><br>  v.<br><br>ERIC K. SHINSEKI, SECRETARY OF DEPARTMENT OF VETERAN AFFAIRS, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 09-01913 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: June 19, 2010

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge